UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gillman, Bruton & Capone, LLC
Marc C. Capone, Esq.
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone #732-528-1166
Fax#732-528-4458

In Re:

Peri Nearon

Case No.:　　　　　15-32073　　　　　

Judge:　　　Michael B. Kaplan　　　

Chapter:　　　　　13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.　　☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

　　A hearing has been scheduled for _____, at _____.

　　☒ Motion to Dismiss filed by the Chapter 13 Trustee.

　　A hearing has been scheduled for _____December 15, 2020_____, at __9:00am__.

　　☐ Certification of Default filed by _____,

　　I am requesting a hearing be scheduled on this matter.

2.　　I oppose the above matter for the following reasons **(choose one)**:

　　☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐  Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒  Other **(explain your answer)**:

A motion to Allow the Late Claims of the Internal Revenue Service and the State of NJ-Division of Taxation has been filed. The hearing is scheduled for January 13, 2021. I have made all my required Chapter 13 Plan payments. Upon entry of the Order, the Trustee will be able to make disbursements as needed for the closing of my Chapter 13 bankruptcy.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 12/7/2020

/s/ Peri Nearon
Debtor's Signature

Date: _____

_____
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*