Marc C. Capone, Esq.
Gillman, Bruton & Capone, LLC.
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Attorneys for Debtor

**Order Filed on January 24, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:  Case No.:  **15-32073**

**Peri Nearon**  Judge: **Michael B. Kaplan**

Chapter:  **13**

## ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: January 24, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

4831-3526-8567, v. 1

(Page 2)

Debtor(s):   **Peri Nearon**
Case No.:    **15-32073 (MBK)**
Caption of Order:   **Order Allowing Late Proof of Claim**

    Upon the motion of Marc C. Capone, Esq. on behalf of the Debtor, for an Order to Allow Late Filed Proofs of Claim by the Internal Revenue Service and State of NJ-Division of Taxation, and for cause shown, it is

    **ORDERED** that the Internal Revenue Service or the Debtor on behalf of the Internal Revenue Service shall file a Proof of Claim 15 days of the date of this Order; and it is further

    **ORDERED** that the Trustee is authorized to pay the late claim filed on behalf of creditor, Internal Revenue Service in the amount of $4,533.00 ( $878.00 for 2016 taxes and $3,655.00 for 2018 taxes) shall be paid through the plan as a priority claim, and it is further

    **ORDERED** that the Trustee is authorized to pay the late filed priority claim number 13-2 of creditor, State of New Jersey-Division of Taxation Bankruptcy Unit.