Marc C. Capone, Esq.
Gillman, Bruton & Capone, LLC.
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Attorneys for Debtor

Order Filed on January 24, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

| | |
|---|---|
| In Re: | Case No.: **15-32073** |
| **Peri Nearon** | Judge: **Michael B. Kaplan** |
| | Chapter: **13** |

## ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: January 24, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

4831-3526-8567, v. 1

(Page 2)

Debtor(s):   **Peri Nearon**
Case No.:   **15-32073 (MBK)**
Caption of Order:   **Order Allowing Late Proof of Claim**

 Upon the motion of Marc C. Capone, Esq. on behalf of the Debtor, for an Order to Allow Late Filed Proofs of Claim by the Internal Revenue Service and State of NJ-Division of Taxation, and for cause shown, it is

 **ORDERED** that the Internal Revenue Service or the Debtor on behalf of the Internal Revenue Service shall file a Proof of Claim 15 days of the date of this Order; and it is further

 **ORDERED** that the Trustee is authorized to pay the late claim filed on behalf of creditor, Internal Revenue Service in the amount of $4,533.00 ( $878.00 for 2016 taxes and $3,655.00 for 2018 taxes) shall be paid through the plan as a priority claim, and it is further

 **ORDERED** that the Trustee is authorized to pay the late filed priority claim number 13-2 of creditor, State of New Jersey-Division of Taxation Bankruptcy Unit.

4831-3526-8567, v. 1

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 15-32073-MBK

Peri L Nearon                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2

Date Rcvd: Jan 25, 2021      Form ID: pdf903      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Peri L Nearon, 114 Coolidge Ave, Lawrenceville, NJ 08648-3714 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Andrew M. Lubin | on behalf of Creditor BANK OF AMERICA N.A. bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John D. Krohn | on behalf of Creditor BANK OF AMERICA N.A. nj.bkecf@fedphe.com |
| Marc C Capone | on behalf of Debtor Peri L Nearon ecf@gbclawgroup.com mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |

District/off: 0312-3     User: admin     Page 2 of 2
Date Rcvd: Jan 25, 2021     Form ID: pdf903     Total Noticed: 1
TOTAL: 7