UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Gillman, Bruton & Capone, LLC

Marc Capone, Esq.

60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone #732-528-1166
Fax # 732-528-4458

Order Filed on January 25, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Peri L. Nearon

Case No.: 3:15-bk-32073

Chapter: 13

Judge: Michael B. Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: January 25, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

4839-5277-6151, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Marc Capone_____, the applicant, is allowed a fee of $_____900.00_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____900.00_____. The allowance is payable:

- ☒ $_____0_____ through the Chapter 13 plan as an administrative priority.

- ☒ $_____900.00_____ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____n/a_____ months to allow for payment of the above fee.

*rev.8/1/15*

2

4839-5277-6151, v. 1

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 15-32073-MBK
Peri L Nearon                                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin                    Page 1 of 2
Date Rcvd: Jan 25, 2021        Form ID: pdf903                Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Peri L Nearon, 114 Coolidge Ave, Lawrenceville, NJ 08648-3714 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2021                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Andrew M. Lubin | on behalf of Creditor BANK OF AMERICA N.A. bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John D. Krohn | on behalf of Creditor BANK OF AMERICA N.A. nj.bkecf@fedphe.com |
| Marc C Capone | on behalf of Debtor Peri L Nearon ecf@gbclawgroup.com mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Jan 25, 2021 Form ID: pdf903 Total Noticed: 1
TOTAL: 7